# EXHIBIT 2

# INVOICES

# A&L Towing and Recovery LLC

421 Quarry Road SE, Lancaster OH 43130
Phone: (740) 654-3935 | Fax: (740) 654-3240

# Invoice
**#23-12-3854**

Printed 3/18/2024

**Payments can be made online by visiting twbk.co/sqYral**

| | | | |
|---|---|---|---|
| **Invoice #** | 23-12-3854 | **Authorized by** | Fairfield County Sheriff |
| **Call #** | 3854 | | 345 LINCOLN AVE , LANCASTER OHIO 43130 |
| **Reason** | Accident | | Phone: (740) 652-7900 |
| **Truck** | UNIT#028 2023 INTERNATIONAL | **Service Location** | 421 Quarry Rd SE, Lancaster, OH 43130, USA |
| **Date/Time Requested** | 12/13/2023 @ 8:00 AM | | |
| **Date/Time Arrival:** | 12/13/2023 @ 8:00 AM | | |
| **Date/Time Completed** | 12/13/2023 @ 4:30 PM | | |

| Charge Description | Quantity | Price | Line Total |
|---|---|---|---|
| Extra Guy 1 | 8.5 | $135.00 | $1,147.50 |
| EXTRA GUY 2 | 8.5 | $135.00 | $1,147.50 |
| EXTRA GUY 3 | 8.5 | $135.00 | $1,147.50 |
| EXTRA GUY 4 | 8.5 | $135.00 | $1,147.50 |
| ROLL OF DUMPSTER | 1 | $5,080.00 | $5,080.00 |
| DUMP FEES | 1 | $852.00 | $852.00 |
| Admin Fee | 1 | $1,329.00 | $1,329.00 |
| FUEL SURCHAGE | 1 | $250.00 | $250.00 |
| SKID STEER #1 | 8.5 | $500.00 | $4,250.00 |
| Admin Fee | 1 | $1,635.10 | $1,635.10 |
| LATE FEE | 1 | $2,697.92 | $2,697.92 |
| | | Subtotal | $20,684.02 |
| | | Taxes | $1,396.17 |
| | | **Grand Total** | **$22,080.19** |
| | | **Amount Due:** | **$22,080.19** |

I HEREBY STATE THAT I AM LEGALLY ENTITLED TO THE ABOVE DESCRIBED VECHICLE AND ALL OF ITS INVENTORY AND ALSO TAKE FULL RESPONSIBILITY FOR IT. A&L TOWING AND RECOVERY L.L.C IS NOT RESPONSIBLE FOR ANY DAMAGES OR THEFT . I HAVE READ AND FULLY UNDERSTAND THIS STATEMENT. A&L TOWING AND RECOVERY L.L.C APPRECIATES YOUR BUSINESS . IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE PLEASE CALL (740) 654-3935 ALL INVOICES 30 DAYS PAST DUE WILL BE SUBJECT TO A 15%LATE FEE / ALL INVOICES 90 LATE ARE SUBJECT TO 25% LATE FEE!!!!

Signature: _____

**USDOT:** 2499847    **PUCO #** 000503467    **FEIN #** 27-3999932

# A&L Towing and Recovery LLC

421 Quarry Road SE, Lancaster OH 43130
Phone: (740) 654-3935 | Fax: (740) 654-3240

# Invoice
**#23-12-3859**

Printed 3/18/2024

**Payments can be made online by visiting twbk.co/ptN-ht**

| | | | |
|---|---|---|---|
| **Invoice #** | 23-12-3859 | **Authorized by** | Fairfield County Sheriff |
| **Call #** | 3859 | | 345 LINCOLN AVE , LANCASTER OHIO 43130 |
| **Reason** | Accident | | Phone: (740) 652-7900 |
| **Truck** | UNIT#028 2023 INTERNATIONAL | **Origin** | 9650 Lancaster-Kirkersville Rd NW, Baltimore, OH 43105, USA (9650 Lancaster-Kirkersville Road Northw |
| **Date/Time Requested** | 12/15/2023 @ 11:12 AM | | |
| **Date/Time Completed** | 12/15/2023 @ 11:12 AM | **Destination** | 421 Quarry Rd SE, Lancaster, OH 43130, USA (421 Quarry Road Southeast) |

| Charge Description | Quantity | Price | Line Total |
|---|---|---|---|
| Extra Guy 1 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 2 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 3 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 4 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 5 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 6 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 7 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 8 | 12 | $135.00 | $1,620.00 |
| EXTRA GUY 9 | 12 | $135.00 | $1,620.00 |
| ROLL BACK #1 | 12 | $250.00 | $3,000.00 |
| ROLL BACK #2 | 12 | $250.00 | $3,000.00 |
| ROLL BACK #3 | 12 | $250.00 | $3,000.00 |
| ROLL BACK #4 | 12 | $250.00 | $3,000.00 |
| ROLL BACK #5 | 12 | $250.00 | $3,000.00 |
| SKID STEER #1 | 12 | $550.00 | $6,600.00 |
| CRASH RAP & LABOR | 1 | $1,200.00 | $1,200.00 |
| FUEL SURCHAGE | 1 | $500.00 | $500.00 |
| Supervisor | 12 | $300.00 | $3,600.00 |
| TRAILER #1 | 12 | $275.00 | $3,300.00 |
| GOOSENECK TRAILER | 12 | $375.00 | $4,500.00 |
| SAFTY EQUIPMENT | 1 | $1,000.00 | $1,000.00 |
| LATE FEE | 1 | $12,570.00 | $12,570.00 |

| | |
|---|---|
| Subtotal | $62,850.00 |
| Taxes | $4,242.38 |
| Grand Total | $67,092.38 |
| **Amount Due:** | **$67,092.38** |

I HEREBY STATE THAT I AM LEGALLY ENTITLED TO THE ABOVE DESCRIBED VECHICLE AND ALL OF ITS INVENTORY AND ALSO TAKE FULL RESPONSIBILITY FOR IT. A&L TOWING AND RECOVERY L.L.C IS NOT RESPONSIBLE FOR ANY DAMAGES OR THEFT . I HAVE READ AND FULLY UNDERSTAND THIS STATEMENT. A&L TOWING AND RECOVERY L.L.C APPRECIATES YOUR BUSINESS . IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE PLEASE CALL (740) 654-3935 ALL INVOICES 30 DAYS PAST DUE WILL BE SUBJECT TO A 15%LATE FEE / ALL INVOICES 90 LATE ARE SUBJECT TO 25% LATE FEE!!!!

**Signature:** _____

**USDOT:** 2499847    **PUCO #** 000503467    **FEIN #** 27-3999932