IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| A&L TOWING AND RECOVERY LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-1328 |
| | : | |
| vs. | : | Judge James L. Graham |
| | : | Magistrate Judge Elizabeth P. Deavers |
| FREIGHTSTAR EXPEDITED LLC, | : | |
| | : | |
| Defendant. | : | |

## ANSWER TO COUNTERCLAIM

Plaintiff A&L Towing and Recovery LLC ("A&L"), by and through counsel, and for its Answer to Defendant's Counterclaim (the "Counterclaim") states as follows:

1. Denies for lack of knowledge the allegations in Paragraph 1 of the Counterclaim.

2. Admits the allegations in Paragraph 2 of the Counterclaim.

3. Admits the allegations in Paragraph 3 of the Counterclaim.

4. Admits the allegations in Paragraph 4 of the Counterclaim.

5. Denies the allegations in Paragraph 5 of the Counterclaim.

6. Denies for lack of knowledge the allegations in Paragraph 6 of the Counterclaim.

7. Denies the allegations in Paragraph 7 of the Counterclaim.

8. In response to Paragraph 8 of the Counterclaim, A&L admits it issued three invoices to Freightstar or Freightstar's insurance representatives. A&L denies the remaining allegations in Paragraph 8 of the Counterclaim.

9. Admits the allegations in Paragraph 9 of the Counterclaim.

10. Admits the allegations in Paragraph 10 of the Counterclaim.

11. Admits the allegations in Paragraph 11 of the Counterclaim. Further answering, A&L is lawfully possessing Freightstar's equipment pursuant to Ohio Revised Code 4513.61(c)(2).

12. Denies the allegations in Paragraph 12 of the Counterclaim.

13. Denies the allegations in Paragraph 13 of the Counterclaim.

14. Denies the allegations in Paragraph 14 of the Counterclaim.

15. Denies the allegations in Paragraph 15 of the Counterclaim.

16. Denies the allegations in Paragraph 16 of the Counterclaim.

17. Denies the allegations in Paragraph 17 of the Counterclaim.

18. In response to Paragraph 18 of the Counterclaim, A&L states that its invoice speaks for itself.

19. In response to Paragraph 19 of the Counterclaim, A&L states that its invoice speaks for itself.

20. In response to Paragraph 20 of the Counterclaim, A&L states that its invoice speaks for itself

21. In response to Paragraph 21 of the Counterclaim, A&L states that its invoice speaks for itself.

22. Denies the allegations in Paragraph 22 of the Counterclaim.

23. Paragraph 23 of the Counterclaim does not recite factual allegations, and thus no response is required.

24. Denies the allegations in Paragraph 24 of the Counterclaim.

25. Denies the allegations in Paragraph 25 of the Counterclaim.

26. Paragraph 26 of the Counterclaim does not recite factual allegations, and thus no response is required.

27. Denies the allegations in Paragraph 27 of the Counterclaim.

28. Denies the allegations in Paragraph 28 of the Counterclaim.

29. Denies the allegations in Paragraph 29 of the Counterclaim.

30. Denies the allegations in Paragraph 30 of the Counterclaim.

31. Denies the allegations in Paragraph 31 of the Counterclaim.

32. Paragraph 32 of the Counterclaim does not recite factual allegations, and thus no response is required.

33. Denies the allegations in Paragraph 33 of the Counterclaim.

34. Denies the allegations in Paragraph 34 of the Counterclaim.

35. Denies the allegations in Paragraph 35 of the Counterclaim.

36. Denies the prayer for relief.

37. Denies each and every allegation in the Counterclaim not specifically admitted as being true.

## **AFFIRMATIVE DEFENSES**

38. Freightstar's claims are barred, in whole or in part, by operation of R.C. §4513.61.

39. Freightstar's claims are barred, in whole or in part, by Freightstar's failure to mitigate damages.

40. Freightstar's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, laches and/or unclean hands.

41. A&L reserves the right to amend its Answer to add any additional affirmative defenses as discovery progresses.

WHEREFORE, A&L respectfully requests that the Counterclaim be dismissed in its entirety, with prejudice, and that A&L be granted such further relief, including an award of

reasonable attorney fees and expenses incurred in defending this action, as may be necessary or appropriate.

           Respectfully Submitted,

           */s/ Daniel J. Bennett*
           Daniel J. Bennett (0079932)
           Bennett Law Group, LLC
           81 Mill Street, Suite 300
           Gahanna, OH 43230
           Telephone: (614) 416-8147
           Fax: (614) 416-8153
           Email: dan@danbennettlaw.com
           *Counsel for A&L Towing and Recovery, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 9, 2024 a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

           */s/ Daniel J. Bennett*
           Daniel J. Bennett