# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | |
|---|---|
| A&L TOWING AND RECOVERY, LLC, | ) CASE NO. 2:24-cv-01328-JLG-EPD |
| Plaintiff, | ) |
| vs. | ) JUDGE JAMES L. GRAHAM |
| | ) |
| FREIGHTSTAR EXPEDITED LLC, | ) MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| Defendant. | ) |

## STIPULATED NOTICE OF DISMISSAL

Pursuant to Fed.R. 41(a)(1)(A)(ii), Plaintiff A&L Towing and Recovery, LLC hereby dismisses all claims against Defendant Freightstar Expedited LLC with prejudice.  Defendant hereby dismisses all counterclaims against Plaintiff with prejudice.  No further claims against any Party remain pending.

Respectfully Submitted,

| | |
|---|---|
| */s/ Daniel J. Bennett* | */s/ David A. Ferris* |
| Daniel J. Bennett (0079932) | David A. Ferris (0059804) |
| Bennett Law Group, LLC | UB GREENSFELDER LLP |
| 81 Mill Street, Suite 300 | 65 East State Street, Suite 1100 |
| Gahanna, Ohio 43230 | Columbus, OH 43214-4213 |
| dan@danbennettlaw.com | dferris@ubglaw.com |
| | mshah@ubglaw.com |
| | (614) 229-0000; (216) 583-7001 Fax |
| | |
| *Trial Attorney for Plaintiff* | *Trial Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                                      */s/ Daniel J. Bennett*
                                                                      Daniel J. Bennett